IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA F. MCNEILL | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA, DEPARTMENT OF VETERANS AFFAIRS | : | NO. 20-105 |

## **ORDER**

**AND NOW**, this 19th day of May, 2021, upon consideration of Defendant's Motion for Judgment on Partial Findings pursuant to Federal Rule of Civil Procedure 52(c) (Docket No. 51), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Judgement is **ENTERED** in favor of Defendant.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.